LAWRENCE RUIZ, ESQ.
Nevada Bar No. 11451
**RUIZ LAW FIRM**
1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89014
Phone: (702) 850.1717
Fax: (702) 850.1716
lawrence@lmruizlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RENEE ARROYO,<br>　　Plaintiff,<br>v.<br>GEICO INSURANCE AGENCY, INC. d/b/a GEICO, a Foreign Corporation; DOES 1-10; and ROE Entities 11 through 20, inclusive jointly and severally,<br>　　Defendants. | Case No. 2:21-cv-00343-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE DATES AND TO MOVE HEARING ON DEFENDANT'S MOTIONS**<br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff, RENEE ARROYO, by and through her counsel of record, AMANDA L. LAUB, ESQ.; and Defendant, GEICO INSURANCE AGENCY, INC. d/b/a GEICO, by and through its counsel of record, JONATHAN CALRSON, ESQ, hereby submit the following *Stipulation and Order to Extend Response Deadline Dates and to Move Hearing on Defendant's Motions (First Request)*. The parties respectfully request an extension of 14 days from the dates currently set forth in by the court for Response to Defendant's Motion to Dismiss and Motion to Stay that were filed on March 8, 2021. This is the first stipulation for extension of time to file the Response.

/ / /

-1-

## I.  DISCUSSION

On March 8, 2021 Plaintiff was served with Defendant's two Motions, a Motion for Dismissal and Motion for Stay. Both Motions weigh heavily as to Plaintiff's case and ability to continue to pursue her claims. Defendant's Motion to Dismiss came with an instruction that Responses were due by March 22, 2021. Due to the weight of the Defendant's Motions and despite Plaintiff's due diligence in research and preparing her Response, Plaintiff requires additional time to complete her Response. Defendant has kindly agreed to allow Plaintiff an additional 14 days to file her response. The new date Plaintiff's Response shall be due is April 5, 2021. Following LR 7-2(b), Defendant's Reply shall be due on April 19, 2021. Plaintiff asserts this stipulation is made in good faith and not for the purposes of undue delay. This is the first request for extension.

## VI.  CONCLUSION

Based on the above, requisite good cause exists to warrant an extension of the current response deadline so that all parties may adequately argue their motion and opposition on its merit.

Dated this 23rd day of March, 2021.                    Dated this ____ day of March, 2021.

**RUIZ LAW FIRM**                                              **McCORMICK BARSTOW LLP**

_____                               /s/ Jonathan W. Carlson
LAWRENCE M. RUIZ, ESQ.                              JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 11451                                         Nevada Bar No. 10536
1055 Whitney Ranch Drive, Suite 110              8337 W. Sunset Road, Suite 350
Henderson, NV 89014                                         Las Vegas, NV 89113
*Attorney for Plaintiff*                                           *Attorney for Defendant*

*Arroyo v. GEICO*
*Case No. 2:21-cv-00343-RFB-BNW*

**ORDER**

IT IS SO ORDERED that the above Response Deadlines be extended as agreed to by the parties herein in accordance with this Stipulation and Order.

DATED this  24th  day of  March , 2021.

_____
RICHARD E. BOULWARE, II
**United States District Court**

Submitted by:

RUIZ LAW FIRM

_____
LAWRENCE M. RUIZ, ESQ.
1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89014
*Attorney for Plaintiff*

*RUIZ LAW FIRM*
1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89014
702.850.1717 / 702.850.1716 (fax)

-3-