McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for GEICO ADVANTAGE
INSURANCE COMPANY erroneously sued and
served herein as GEICO INSURANCE
AGENCY, INC. d/b/a GEICO

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RENEE ARROYO,<br><br>           Plaintiff,<br><br>      v.<br><br>GEICO INSURANCE AGENCY, INC. d/b/a GEICO, a Foreign Corporation; DOES 1-10; and ROE Entities 11 through 20, inclusive jointly and severally,<br><br>           Defendants. | Case No. 2:21-cv-00343-RFB-BNW<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

   PLEASE TAKE NOTICE that the parties to the above-entitled action have now fully settled their claims in this case, with an agreement that each side will bear their own fees and costs.  It is expected that all settlement documents can be exchanged and this matter will be fully resolved, with a Notice of Dismissal with Prejudice filed with the Court within the next 60 days.

Dated:  September 22, 2021

**Order**

**IT IS SO ORDERED**
**DATED:** 9:55 am, September 23, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

7913482.1

McCORMICK, BARSTOW, SHEPPARD,
       WAYTE & CARRUTH LLP

By:      /s/ *Jonathan W. Carlson*
    Wade M. Hansard, Nevada Bar No. 8104
    Jonathan W. Carlson, Nevada Bar No. 10536
         Attorneys for dEFENDANT

Case No. 2:21-cv-00343-RFB-BNW
NOTICE OF SETTLEMENT

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2021, a true and correct copy of **NOTICE OF SETTLEMENT** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/ *Mandy Vogel*
Mandy Vogel, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2
NOTICE OF SETTLEMENT
Case No. 2:21-cv-00343-RFB-BNW